UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TASTE SO GOOD MAKE YOU WANNA SMACK YOUR MAMA CORP., <br><br>      Plaintiff, <br><br>-against- <br><br>AMERICAN EXPRESS COMPANY, J.P. MORGAN CHASE BANK, N.A., and AMIR DOUGLAS, <br><br>      Defendant(s). | 24-cv-7579 (AS) <br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

  As there is no federal subject matter jurisdiction for this case, *see* Dkt. 15, the case is REMANDED to the Supreme Court of the State of New York, County of the Bronx (Index No. 812374/2024E). Any rulings made by this court are not binding on the state court because this court never had jurisdiction over the case. *See Cunningham v. BHP Petroleum Great Britain PLC*, 427 F.3d 1238, 1245 (10th Cir. 2005). Any application regarding the deadlines in this case must be made to the appropriate state court.

  The Clerk of Court is directed to terminate this case and to mail a copy of this order to the clerk of the Supreme Court of the State of New York, County for the Bronx.

  SO ORDERED.

Dated: October 25, 2024
   New York, New York

                         ARUN SUBRAMANIAN
                         United States District Judge